# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-14-00354-CR

_____

### JASON BLACKWELDER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Cause No. 13-09-10342 CR**

## MEMORANDUM OPINION

Jason Blackwelder filed a notice of appeal but he did not make payment arrangements for the clerk's record. *See* Tex. R. App. P. 35.3(a)(2). The appellant has been represented by retained counsel and he did not file an affidavit of indigence. The appellant is not entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.2. On October 13, 2014, we notified the parties that the appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b). No response has been filed. There being no satisfactory explanation for the failure to

1

file the clerk's record, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on December 9, 2014
Opinion Delivered December 10, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.